FILED
CLERK, U.S. DISTRICT COURT

DEC - 6 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: RS DEPUTY

FULL NAME: Michael Angel Dominguez
COMMITTED NAME (if different): Ventura County Sherrif Office
FULL ADDRESS INCLUDING NAME OF INSTITUTION: 800 S. Victoria Ave
Ventura, CA 93006
PRISON NUMBER (If applicable): 2133225

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Michael Angel Dominguez

PLAINTIFF,

v.

Nathan lAngilier, Todd Johnson, Senior Steve Ramirez, Daniel Cosio, officer Castor, officer Casse, Deputy Tyler Fox

DEFENDANT(S).

CASE NUMBER: 2:21-CV-09511-PA-E

*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT PURSUANT TO** *(Check one)*
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☒ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
   Plaintiff _Michael Angel Dominguez_

   Defendants _5413 Nathan langilier, 5006 Steve Ramirez Senior, 5004 Todd Johnson, Daniel Cosio, officer Casse, officer Castor, Deputy Tyler_

b. Court _Superior Court of Ventura County_

c. Docket or case number _2021023205_
d. Name of judge to whom case was assigned _Judge Patricia Murphy_
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _Still pending_
f. Issues raised: _excessive Force, Perjury, Falsifying a report, False Imprisonment, conspiracy, Emotional Distress, False arrest and seizure_
g. Approximate date of filing lawsuit: _11·10·2021_
h. Approximate date of disposition _Open case_

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☐ Yes ☒ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes ☒ No
   If your answer is no, explain why not _fear of reprisal_

3. Is the grievance procedure completed? ☐ Yes ☒ No
   If your answer is no, explain why not _Fear of reprisal_

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff _Michael Angel Dominguez_
(print plaintiff's name)
who presently resides at _800 S. Victoria Ave Ventura, CA 93008_
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
_Oxnard, CA_
(institution/city where violation occurred)

on (date or dates) __9.3.2001__, _____, _____.
(Claim I)          (Claim II)         (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __Nathan Langilier__ resides or works at
   (full name of first defendant)
   __251 South "C" St Oxnard__
   (full address of first defendant)
   __Homeless liaison officer with the Oxnard police Dept.__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

   Explain how this defendant was acting under color of law:
   __Was working full uniform in a marked patrol vehicle as a Oxnard police Dept. officer__

2. Defendant __Todd Johnson__ resides or works at
   (full name of first defendant)
   __251 South "C" St Oxnard, CA 93030__
   (full address of first defendant)
   __Homeless liaison officer with the Oxnard police Dept.__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

   Explain how this defendant was acting under color of law:
   __Was working full uniform in a marked patrol vehicle as a Oxnard police officer__

3. Defendant __Senior Steve Ramirez__ resides or works at
   (full name of first defendant)
   __251 South "C" St Oxnard, CA 93030__
   (full address of first defendant)
   __Oxnard police officer__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

   Explain how this defendant was acting under color of law:
   __Was working full uniform detail with Oxnard police Dept__

4. Defendant __Daniel Cosio__ resides or works at
   (full name of first defendant)
   __251 South "C" St Oxnard, CA 93030__
   (full address of first defendant)
   __Oxnard Police Dept. Officer__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __Was working Full uniform Detail with Oxnard Police Dept.__

5. Defendant __Officer Castor (Full name?)__ resides or works at
   (full name of first defendant)
   __251 South "C" St Oxnard, CA 93030__
   (full address of first defendant)
   __Oxnard Police Dept Officer__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __Was working full uniform Detail with Oxnard Police Dept.__

6. Defendant Officer Casée

The defendant is sued in his/her ✓ Individual ✓ official capacity

Explain How Defendant was working under the color of law:
was working full unifor Detail with oxnard police Dept.

address
251 South "C" St Oxnard, CA 93030
Oxnard police Dept. officer

Explain How this defendant was acting under the color of law:
was working full uniform Detail with oxnard police Dept

7. Defendant Deputy Tyler Fox (Sheriff) resides work at 800 S. Victoria Ave, Ventura CA 93006
Ventura County Sheriff Dept officer

The defendant is sued in his/her ✓ Individual ✓ official capacity

explain How the defendant was acting under color of law:

was working full uniform as a sheriff Deputy

D. CLAIMS*

CLAIM I

The following civil right has been violated:

4th Amendment unreasonable search and seizure
5th Amendment Due process of law
8th Amendment cruel and unusual punishment
14th Amendment Due process clause and all exculpatory evidence is yet to be produced. Furthermore the above offenses have been commited: Conspiracy, unlawful Arrest, Battery of a law enforcement officer, excessive use of force, False Arrest, False Imprisonment, Malicious prosecution, and emotional distress under california state legislature penal code Sec[1-34870] (2021) The following were broken 118(A) pc, 118.1-119 (perjury) 149 pc (other offenses against public Justice) 422.6(A) - 422.87 pc (crimes and penalties)

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

Officer Lansilier whom knows me and has cited me in the past and has also made idol threats to me on 9.3.2021 used excessive force by running up the flight of stairs after merely stating why I'm not doing anything (at initial contact) and grabbed me by the neck choked slammed me on my back strangling me and punching me as he jumped on my chest twice with his knee, fracturing a rib. He and Todd Johnson were trying to throw me through the railing at the abandoned Rabobank. (In a preplanned conspired event.) He also falsifies a report stating I tried to resist and bite officers and tried to grab the taser from an officer, and bring drugs into the pretrial detention center. He also was the investigative employee at my preliminary hearing and was signaling to todd Johnson by winking and nodding while He was

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

Officer lansilier:

Also the Investigative employee at my preliminary Hearing and was Signaling at todd Johnson by winking and nodding while todd was being cross examined. This whole encounter they claim is false. Violating my general provisions rights. These officers Intent was to maliciously and sadistically Inflict pain and Cause great Harm. I am Falsly Incarcerated on charges I did not Commit. and I was never Illegal lodging at this property to cite or detain me in the 1st place. These officers are completly disregarding their code of ethics.

Officer Todd Johnson:

officer todd Johnson whom knows me well and whom Has cited me in past and has also made idol threats on 9.3.2021 conspired with the above officers to publicly beat, and strangle me and tried to throw me through the top railing (which is very Frail) at the Abandoned Rabo Bank. With a False claim that I was illegally lodging. Also By Falsifying a report, Falsly Imprisoning me, and perjuring on the stand at my preliminary Hearing with a cohearsed act comitted [illegible] by Him and officer lansilier lying about the Alleged crimes I Committed. He was receiving eye wink signals and Head nods to yes and no questions while being cross examined. (As officer lansilier was Sitting next to the D.A present as the Investigative employee. And was never cross examined by a Inaffective Council that Day.

Officer Senior Ramirez, Steve

Officer senior Ramirez is guilty of conspiring with the above officers of conspiring to beat and falsely arrest and falsly imprison me. He tased me 3 times as the other 3 officers were beating me / holding me down. With the claim that he just so happened to be in the area pulling someone over. He is also guilty of falsifying a report and also threatning me to say I had "no injuries" at the hospital and county jail. He is lying about this whole ordeal that I tried to resist and bite officers. I would like his patrol log checked to see if he really was pulling someone over. Plus why didn't they finger print taser.

Officer Daniel Cosio:

Officer Daniel Cosio is guilty of going the upstairs conspiring with the above officers to set me up for false charges and help publicly beat me. He is an acessory to the following by holding my legs to hold me down while I was beat and tased. He also never submitted a arresting report and body cam footage as the other officers did. Logically his body cam probably showed the whole incident of the whole whereabouts of the other officers. And is evidence of my claim that I did not resist nor did I try to bite or grab the taser and so forth. I would like this looked into. This exculpatory evidence that is dear. And is footage that could be very favorable to my case and claim. And I don't understand how he was there in the first place

Officer Casse:

Officer Casse is guilty of lying for the above officers. That on a secondary search a butter knife was on my person when the body cam footage will show I was not wearing a jacket. Also Todd Johnson stated in preliminary hearing it was found in my belt loop. He also never submitted a arresting report or body cam footage. My due process is violated. (Exculpatory Evidence).

Officer Castor:

Officer Castor is guilty of lying for the above officers. That on a secondary search a butter knife was on my person. When the body cam footage will show I was not wearing a jacket. Also Todd Johnson stated in preliminary hearing it was found in my belt loop. He also never submitted a arresting report or body cam footage. My due process is violated. (Exculpatory Evidence).

Deputy Fox Tyler

Deputy Fox is guilty for falsly alleging that I resisted arrest in booking process. Also for partaking with the above officers that I tried to bring drugs into the pretrial-detention facility (I had no knowledge of the drugs on my person). I would like the video footage looked into for reprisal of the alleged PC 69 and alleged 664.148 w weapon removal

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

I am entitled to the specific reliefs: punitive damages and also compensatory for physical damage and mental distress and damage. Pain and suffering due to pain in my rib area, neck, shoulder, and back area. I also feel I have damage to my nerves. I would like to have future medical needs compensated as well as therapy covered. I would also like to be seen by a proper physician to have a measure of damage determined. I also have mental health issues already so this is very destrimental to my well being. Brings uncanny stress, mortification of police officers mental anguish, despair, anxiety, depression insomnia and P.T.S.D. I already suffer from Bi-polar depression, ADHD, P.T.S.D with High anxiety. I am very distraught due to the mental trauma I'm enduring with on going harrasment and malicious acts and malicious prosecution that is occuring. I would like to be compensated for false arrest and false imprisonment. I want a civil rights arbitrator to computate a reasonable compensation for the above claims. As well as these officers criminally prosecuted for their heinous and notorious acts under the color of law.

11·10·2021
(Date)

_Michael Dr____ (Signature of Plaintiff)

Sir or Madam;

To whom this may concern. I apologize I only received back (1) copy of the transaction paper plus the orignal stamped certification of it. Can you please make (2) copies to add to each declaration. Thank you kindly may you enjoy your Holidays and New year ☺

Sincerely

M. D~~~

- 2 -

P.S It was a Headache to get this copy ☺. Thanx

Ventura County Jail

Inmate Name Michael Dominguez

Booking No. 2133225

P.O. Box 6929
Ventura, CA 93006-6929



United States District Court

Central District of California

312 North Spring Street, Room G-8

Los Angeles, California 90012

Attention: Pro SE Clerk"