JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL ANGEL DOMINGUEZ, | ) | NO. CV 21-9511-PA(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| NATHAN LANGILIER, ET AL., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: March 2, 2022

*/s/ Percy Anderson*

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE